OPINION — AG — ** PRISON OVERCROWDING — PAROLE AND PAROLE BOARD — SEPARATION ** THE PROVISIONS OF THE OKLAHOMA PRISON OVERCROWDING EMERGENCY POWERS ACT, 57 O.S. 570 [57-570] ET SEQ., PROVIDING FOR THE GRANTING OF " EMERGENCY TIME CREDIT " DOES 'NOT' VIOLATE THE PROVISIONS OF ARTICLE VI, SECTION 10 OF THE OKLAHOMA CONSTITUTION, WHICH PROVIDE FOR THE GRANTING OF PARDONS, COMMUTATIONS AND PAROLES BY THE GOVERNOR. (PRISONERS, CAP, DEPARTMENT OF CORRECTIONS, SPACE, INMATES) CITE: ARTICLE VI, SECTION 10, 21 O.S. 51 [21-51], 21 O.S. 52 [21-52], 57 O.S. 572 [57-572] [57-572], 57 O.S. 573 [57-573], 57 O.S. 574 [57-574] [57-574], 57 O.S. 575 [57-575] (NEAL LEADER)